FORM C9B
1SMR94256 - RIEMER & ASSOCIATES LLC

UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

---

JOSEPH RADOSTI,

       PLAINTIFF

- vs. -

METROPOLITAN LIFE INSURANCE COMPANY
ET ANO,

       DEFENDANT

---

Index No: **08 CIV 4973**
Date Filed:  /  /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**ANDREW LINDAUER** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **06/09/2008** at **3:50PM** at **2701 BRIDGE PLAZA , LONG ISLAND CITY, NY** , I served a true copy of the **SUMMONS AND COMPLAINT JUDGES RULES** upon **METROPOLITAN LIFE INSURANCE COMPANY** the **DEFENDANT** therein named by delivering to, and leaving personally with **DUNCAN LOGAN, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **MALE**     COLOR: **WHITE**     HAIR: **BROWN**
    APP. AGE: **30**   APP. HT: **6'0**     APP. WT: **180**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on **06/12/2008**.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

ANDREW LINDAUER   724538
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP