McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
       Randi F. Knepper

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

|  |  |
|---|---|
| JOSEPH RADOSTI | : UNITED STATES DISTRICT COURT |
|  | : SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | : CIVIL ACTION NO.: 08-cv-4973 (AKH)(GWG) |
| vs. | : |
| METROPOLITAN LIFE INSURANCE COMPANY; and CITIGROUP LONG TERM DISABILITY PLAN | : |
| Defendants. | : |

### CIVIL ACTION -- CONSENT ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

THIS MATTER having been opened to the Court upon the application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant, Metropolitan Life Insurance Company, and Riemer & Associates, LLC, attorneys for plaintiff, Joseph Radosti; and the Court having found good reason for the entry of this order:

IT IS on 30 of June, 2008

STIPULATED AND ORDERED that, the time of Metropolitan Life Insurance Company to answer or otherwise respond to the complaint be and hereby shall be extended to July 31, 2008.

_____
Honorable Alvin K. Hellerstein, U.S.D.J.

The undersigned attorneys hereby consent to the form, content and entry of the within order:

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-7711
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
Randi F. Knepper

**RIEMER & ASSOCIATES LLC**
Office and Post Office Address
60 East 42nd Street, Suite 2430
New York, NY 10165
Attorneys for Plaintiff
Joseph Radosti

By: _____ (SR5005)
Scott M. Riemer

1107918 1
00002-1600