McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
       Randi F. Knepper

|  |  |
|---|---|
| JOSEPH RADOSTI | : UNITED STATES DISTRICT COURT |
|  | : SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | : CIVIL ACTION NO.: 08-cv-4973 (AKH)(GWG) |
| vs. |  |
| METROPOLITAN LIFE INSURANCE COMPANY; and CITIGROUP LONG TERM DISABILITY PLAN |  |
| Defendants. |  |

### CIVIL ACTION – NOTICE OF APPEARANCE

Please enter my appearance as counsel in this action for Defendant, Metropolitan Life Insurance Company. I certify that I am an attorney at law admitted to practice before the United States District Court, Southern District of New York and am counsel to the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
Randi F. Knepper

Dated: July 3, 2008

1110216_1