Scott M. Riemer (SR5005)
RIEMER & ASSOCIATES LLC
Attorneys for Plaintiff
60 East 42nd Street, Suite 2430
New York, New York 10165
(212) 297-0700 (phone)
(212) 297-0730 (fax)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH RADOSTI,

      Plaintiff,       08 CV 4973 (AKH)(GWG)

  -against-       **ORDER FOR ADMISSION**
            *PRO HAC VICE*
            **ON WRITTEN SUBMISSION**

METROPOLITAN LIFE INSURANCE
COMPANY; and CITIGROUP LONG TERM
DISABILITY PLAN,
      Defendants.
-----------------------------------------------------------------X

  Upon the motion of Scott M. Riemer, attorney for Joseph Radosti, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Pamela I. Atkins
    Firm Name:     Atkins & Associates, LLC
    Address:      1117 Perimeter Center West, Suite W405
    City/State/Zip:    Atlanta, Georgia   30338
    Phone Number:   (770) 399-9999
    Fax Number:    (770) 399-9939

is admitted to practice *pro hac vice* as counsel for Joseph Radosit in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       July 1(?), 2008

_____
United States District/Magistrate Judge