McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
      Randi F. Knepper

| | |
|---|---|
| JOSEPH RADOSTI | : UNITED STATES DISTRICT COURT<br>: SOUTHERN DISTRICT OF NEW YORK<br>: |
| Plaintiff, | : CIVIL ACTION NO.: 08-cv-4973 (AKH)(GWG)<br>: |
| vs. | :<br>: |
| METROPOLITAN LIFE<br>INSURANCE COMPANY; and<br>CITIGROUP LONG TERM<br>DISABILITY PLAN | :<br>:<br>:<br>: |
| Defendants. | : |

## CIVIL ACTION – CERTIFICATE OF SERVICE

I, Carol Thomas, am employed by the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Metropolitan Life Insurance Company ("MetLife") in the within matter.

On July 31, 2008, I served true and accurate copies of the within Rule 7.1 Statement and this Certification of Service upon the following in accordance with the Federal Rules of Civil Procedure, the electronic filing rules of the United States District Court, Southern District of New York on the following:

Scott M. Riemer, Esq.
Riemer & Associates, LLC
Office and Post Office Address
60 East 42nd Street, Suite 243
New York, NY 10165

Pamela Atkins, Esq.
Atkins & Associates
Attorneys-At-Law, LLC
Office and Post Office Address
1117 Perimeter Center West, Suite W405
Atlanta, GA  30338

I HEREBY CERTIFY that all of the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*/s/ Carol Thomas*
Carol Thomas

Date: July 31, 2008

1121817_1

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
         Randi F. Knepper

|  |  |
|---|---|
| JOSEPH RADOSTI | : UNITED STATES DISTRICT COURT<br>: SOUTHERN DISTRICT OF NEW YORK<br>: |
| Plaintiff, | : CIVIL ACTION NO.: 08-cv-4973 (AKH)(GWG)<br>: |
| vs. | :<br>: |
| METROPOLITAN LIFE<br>INSURANCE COMPANY; and<br>CITIGROUP LONG TERM<br>DISABILITY PLAN | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

## CIVIL ACTION – CERTIFICATE OF SERVICE

I, Carol Thomas, am employed by the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Metropolitan Life Insurance Company ("MetLife") in the within matter.

On July 31, 2008, I served true and accurate copies of the within Rule 7.1 Statement and this Certification of Service upon the following in accordance with the Federal Rules of Civil Procedure, the electronic filing rules of the United States District Court, Southern District of New York on the following:

Scott M. Riemer, Esq.
Riemer & Associates, LLC
Office and Post Office Address
60 East 42nd Street, Suite 243
New York, NY 10165

Pamela Atkins, Esq.
Atkins & Associates
Attorneys-At-Law, LLC
Office and Post Office Address
1117 Perimeter Center West, Suite W405
Atlanta, GA 30338

I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Carol Thomas

Date: July 31, 2008

1121817_1