McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys at Law
Three Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
     Randi F. Knepper

| | |
|---|---|
| JOSEPH RADOSTI | : UNITED STATES DISTRICT COURT |
| | : SOUTHERN DISTRICT OF NEW YORK |
| Plaintiff, | : |
| | : CIVIL ACTION NO.: 08-cv-4973 (AKH)(GWG) |
| vs. | : |
| | : |
| METROPOLITAN LIFE INSURANCE COMPANY; and CITIGROUP LONG TERM DISABILITY PLAN | : |
| | : |
| Defendants. | : |

---

**CIVIL ACTION – RULE 7.1 STATEMENT ON BEHALF OF METROPOLITAN LIFE INSURANCE COMPANY**

---

The following is a list of all corporate parents of Metropolitan Life Insurance Company which own more than 10% of its stock:

> Metropolitan Life Insurance Company is a wholly owned subsidiary of MetLife, Inc. and is publicly owned.

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Defendant,
Metropolitan Life Insurance Company

By: _____
     Randi F. Knepper, Esq.

Dated: July 31, 2008